# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS-6

| | |
|---|---|
| COUTURE TEXTILE, INC., a California Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>EARTHBOUND TRADING COMPANY, a Texas Company; JHKO, INC. d/b/a Fashion Q, a California Company, and DOES 1 – 10, inclusive,<br><br>Defendants. | Case No: 2:16-cv-07882-FMO-AS<br><br>**[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)**<br><br>*Honorable Fernando M. Olguin* |

The parties having so stipulated and agreed, the above-referenced case is hereby dismissed with prejudice and without an award of costs or fees to any party. Each party bear their costs and attorney fees.

IT IS SO ORDERED.

Dated: July 31, 2017

/s/
_____
The Honorable Fernando M. Olguin
United Stated District Court Judge